# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ASSUMPTION PARISH POLICE JURY, ET AL.

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

CONSOLIDATED WITH

STATE OF LOUISIANA

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

CONSOLIDATED WITH

ASSUMPTION PARISH SHERIFF MIKE WAGUESPACK

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

NO. 2020 CW 1159

MARCH 26, 2021

---

In Re:    Texas Brine Company, LLC, applying for rehearing, 23rd Judicial District Court, Parish of Assumption, Nos. 34386 c/w 34389 c/w 34391.

---

**BEFORE:    GUIDRY, McDONALD, AND WELCH, JJ.**

**APPLICATION FOR REHEARING DENIED.**

JMG
JMM
JEW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT